UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN (MADISON)

| | |
|---|---|
| HICA EDUCATION LOAN CORPORATION,<br>            Plaintiff,<br><br>v.<br><br>BONNIE J. LANGREHR,<br>            Defendant. | )<br>)<br>)<br>)<br>) No. 3:12-CV-00035-BBC<br>)<br>)<br>) |

## DEFAULT JUDGMENT

The Defendant, Bonnie J. Langrehr ("Defendant"), having failed to appear, plead or otherwise defend in this action and default having been entered on April 6th, 2012, and counsel for Plaintiff having requested Judgment against the defaulted Defendant and having filed a proper motion and declarations in accordance with Federal Rule of Civil Procedure 55(a) and (b);

Judgment is hereby entered in favor of Plaintiff, HICA Education Loan Corporation ("Plaintiff") and against Defendant, Bonnie J. Langrehr, as follows:

(1)    That Plaintiff shall be, and hereby is, awarded judgment from and against Defendant for **$19,279.64**, with additional prejudgment interest from March 14, 2012, to the date of this judgment at the rate of $1.42 per day.

(2)    That this judgment shall bear interest from the date of this judgment until it is paid at a variable rate calculated by the Secretary of the Department of Health and Human Services for each calendar quarter and computed by determining the average of the bond equivalent rates for the ninety-one day U.S. Treasury Bills auctioned during the preceding quarter, plus three percent, rounding this figure up to the nearest one-eighth of one percent.

SIGNED this _11th_ day of _May_, 2012.

_____Barbara B. Crabb_____
Clerk of Court (if sum certain)
District Judge (in all other instances)

Judgment entered this _14th_ day of May, 2012.

_____Peter Oppeneer_____
Peter Oppeneer, Clerk of Court