IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

HICA EDUCATION LOAN
CORPORATION,

    Plaintiff,

v.

BONNIE J. LANGREHR,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-35-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

that judgment is entered awarding plaintiff attorney fees in the amount of $1,650 and costs in the amount of $450.

_____       8/3/12
Peter Oppeneer, Clerk of Court      Date